UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY JOYNER,

                                        Petitioner,                    20-CV-2874 (PAE)(SN)

          -against-                                                **ORDER**

DONALD UHLER,

                                        Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 1, 2020, Anthony Joyner filed a petition for a writ of habeas corpus, see ECF No. 1, which included a request to stay proceedings pending the exhaustion of his state court remedies. See id. at 3.

        The Court GRANTS Petitioner's motion for a stay. Respondent's time to answer is accordingly stayed pending the exhaustion of the state court proceedings. Petitioner is ORDERED to file a letter as soon as his state court remedies have been exhausted. The Clerk of Court is directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED.**

                                                                                  SARAH NETBURN
                                                                                  United States Magistrate Judge

DATED:       July 17, 2020
                 New York, New York

cc:            Anthony Joyner
               17-A-1255
               Upstate Correctional Facility
               P.O. Box 2000
               Malone, NY 12953

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2020