```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020
```

Anthony Joyner
DIN #17A1255
Upstate Correctional Facility
P.O. Bo 2001
Malone, New York 12953

July 28, 2020

White Plains Courthouse
C/O Pro-Se Intake Unit
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
ATT: Magistrate Judge Assigned: Sarah Netburn

**Docket No.: 20-cv-02874-PAE-SN**

Dear Magistrate Judge Netburn:

I am writing this correspondence to inform you that I do not have any pending cases in the state court at this time.

My last state case was decided on January 22, 2020, so the court can proceed with my federal petition.

I am sending a copy of this correspondence to the District Attorney and the Attorney General to inform him the same.

Respectfully Submitted,

*Anthony Joyner*
Anthony Joyner

---

The Court interprets Petitioner's letter to indicate that he has exhausted his state court remedies. Accordingly, the stay in this case is lifted. Within sixty days of the date of this order, Respondent shall file and serve (1) an answer to the petition and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file and serve reply papers, if any, within thirty days from the date he is served with Respondent's answer.

The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SARAH NETBURN
United States Magistrate Judge

DATED: August 6, 2020
        New York, New York