```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY JOYNER,

                Plaintiff,

        -against-

DONALD UHLER,

               Defendant.
------------------------------------------------------------X

20 **CIVIL** 2874 (JPC)(SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2021, the Report and Recommendation is adopted in full and the Petition is denied; accordingly, the case is closed.

**Dated:** New York, New York
           December 2, 2021

                        **RUBY J. KRAJICK**
                        **Clerk of Court**
BY: _K. Mango_
                        **Deputy Clerk**