UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

:

ANTHONY JOYNER,                                                       :

:

Petitioner,                     :

:                    20 Civ. 2874 (JPC) (SN)

-v-                                       :

:                    ORDER

DONALD UHLER,                                                         :

:

Respondent.                       :

:

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 1, 2021, the Court adopted a Report and Recommendation issued by the

Honorable Sarah Netburn and dismissed the Petition under 28 U.S.C. § 2254.  Dkt. 27.  A

certificate of appealability will only be granted if Petitioner "has made a substantial showing of

the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  *See United States v. Perez*, 129 F.3d

255, 259-60 (2d Cir. 1997) (discussing the standard for issuing a certificate of appealability).  This

Court did not previously grant a certificate of appealability and, because it finds that Petitioner has

not sustained this burden, it declines to issue one.  Furthermore, the Court certifies pursuant to 28

U.S.C. § 1915(a)(3) that any appeal from the Court's prior Order dismissing the Petition would

not be taken in good faith.  *See Coppedge v. United States*, 269 U.S. 438, 444-45 (1962).  The

Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner and to

note service on the docket.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

_____
        JOHN P. CRONAN
     United States District Judge